UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

JACK SOLOMON,

       Plaintiff(s),

vs.

ROBERT MUELLER et al,

       Defendant(s).

2:07-cv-645 RLH

### ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: August 13, 2013

U.S. DISTRICT JUDGE